**MATRIX COMMUNICATIONS CORPORATION,**
Appellant,

v.

**TELECOM MANAGEMENT, INC., a Michigan Corporation, Appellee.**

No. 00–2708.

United States Court of Appeals, Eighth Circuit.

Submitted March 26, 2001.

Decided April 3, 2001.

---

* The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Matrix Communications Corporation had an arbitrable contract dispute with Telecom Management, Inc. Before the arbitration hearing, Matrix asked the American Arbitration Association (AAA) to remove the arbitration panel. After the AAA refused, Matrix sought the panel's removal in state court. The state circuit court removed the panel, but the state court of appeals concluded the removal order was premature and returned the parties to arbitration. The arbitration panel rendered an award in Telecom's favor. Matrix then sought to set aside the award in federal district court alleging evident partiality by the arbitrators, *see* 9 U.S.C. § 10(a)(2), and Telecom sought to confirm the award. The district court granted Telecom's application to confirm the award. On appeal, Matrix challenges the district court's conclusion that the arbitration panel was impartial. Having carefully reviewed the record, we affirm on the basis of the district court's ruling.* *See* 8th Cir. R. 47B.

---

* The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.